1

2

3

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10   UNITED STATES OF AMERICA,            )     No. CR-10-00505 EJD
                                          )
11               Plaintiff,               )     [PROPOSED] ORDER TO DISMISS
                                          )     PETITION FOR SUMMONS FOR
12   vs.                                  )     OFFENDER UNDER SUPERVISION AND
                                          )     VACATE HEARING DATE
13   CHERYL DAVIS,                        )
                                          )
14               Defendant.               )
                                          )
15   _____ )

16        Good cause appearing and by stipulation of the parties, it is hereby ordered that the

17   Petition for Summons for Offender Under Supervision shall be dismissed and the status hearing

18   re: revocation of probation, currently scheduled for Monday, August 29, 2011, at 1:30 p.m., shall

19   be vacated.

20        All other terms and conditions of Ms. Davis' probation remain in full force and effect.

21

22   Dated: August 26, 2011

23   _____
     HON. EDWARD J. DAVILA
24   United States District Judge

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[Proposed] Order to Dismiss Petition
CR 10-00505 EJD                                    2